**No. 57379.**—Cathay Crafts Corp. *v.* United States, protest 177345–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of brass smoothing irons and other trays similar in all material respects to those involved in *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423) and *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), the claim of the plaintiff was sustained.

**No. 57380.**—D. B. Berelson & Co. and W. J. Byrnes & Co., Inc. *v.* United States, protest 199296–K (San Francisco).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the whole dead rabbits involved in *Wilbur-Ellis Company* v. *United States* (29 Cust. Ct. 155, C. D. 1460), the claims of the plaintiffs were sustained.